AUSA: Patricia M. Reville

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 25 MJ 3400 |
| v. | **SEALED COMPLAINT** |
| | Violations of 18 U.S.C. §§ 1542, 1028A |
| FNU LNU, a/k/a "Damien Lee Gillon," | COUNTY OF OFFENSE: WESTCHESTER |
| Defendant. | |

SOUTHERN DISTRICT OF NEW YORK, ss.:

Todd Parmelee, being duly sworn, deposes and says that he is a Special Agent with Homeland Security Investigations ("HSI"), and charges as follows:

## COUNT ONE
### (False Statements in Passport Applications and Use of Passports)

1.      From on or about December 30, 2020 through at least on or about August 13, 2024, FNU LNU, a/k/a "Damien Lee Gillon," the defendant, willfully and knowingly made a false statement in applications for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or for the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws; and willfully and knowingly used or attempted to use, or furnished to another for use a passport the issue of which was secured in any way by reason of any false statement.

(Title 18, United States Code, Section 1542.)

## COUNT TWO
### (Aggravated Identity Theft)

2.      From at least in or about December 2020 through at least in or about August 13, 2024, in the Southern District of New York and elsewhere, FNU LNU, a/k/a "Damien Lee Gillon," the defendant, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, FNU LNU transferred, possessed, and used the name and other personal identification information of another person during and in relation to the passport fraud violation charged in Counts One and Two of this Complaint.

(Title 18, United States Code, Sections 1028A(a)(1) and 1028A(b).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3.      I am a Special Agent with HSI, and a member of the Federal Bureau of Investigation's Hudson Valley Safe Streets Task Force (the "HVSSTF"), and I have been

personally involved in the investigation of this matter. I have been a special agent with HSI for over 15 years and have been a member of the HVSSTF for five years. This affidavit is based in part upon my conversations with other law enforcement officers and others and my examination of records and reports. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4.     As detailed below, based on my review of various reports and records and my conversations with other law enforcement officials, I have learned that an individual referred to herein as FNU LNU has utilized identification documents and information belonging to another person, Damien Lee Gillon, now deceased, to obtain fraudulent identification documents, including a New York State Driver's license and a United States Passport, which FNU LNU has used to travel internationally on at least two occasions.

### Damien Lee Gillon

5.     Based on my conversations with other law enforcement officials, my examination of various reports and records, and my personal involvement in this investigation, I have learned the following, in substance and in part:

a.     "Damien Lee Gillon" was a United States citizen who was born in Columbus, Ohio on a particular date (the "Gillon Birth Date") and who was assigned a Social Security number (the "Gillon SSN") and a birth certificate (the "Gillon Birth Certificate").

b.     Based on my involvement in this investigation, I am aware that Damien Lee Gillon was previously on probation in Cuyahoga County, Ohio. Gillon was previously arrested by the Cleveland, Ohio Police Department on or about January 1, 2020 (the "Gillon Arrest") and photographed. The following is a picture of "Damien Lee Gillon" from his arrest on January 1, 2020 (the "2020 Gillon Photo"):



*2020 Gillon Photo*

c.       Based on my review of law enforcement records, I am aware that Damien Lee Gillon is deceased.  Based on my review of a publicly available online obituary, I am aware that Damien Lee Gillon died on or about June 9, 2022.  A photo from a publicly available online obituary is depicted below ("Gillon Obituary Photo").



*Gillon Obituary Photo*

### The Fraudulent Gillon Driver's License Bearing FNU LNU's Photo

6.       Based on my conversations with other law enforcement officials, my examination of various reports and records, and my personal involvement in this investigation, I have learned that, beginning in or about 2016, FNU LNU used "Damien Lee Gillon's" identity to acquire a New York State driver's license in Gillon's name, but bearing FNU LNU's photograph.  Specifically:

a.       On or about November 1, 2016, the New York State Department of Motor Vehicles ("NYSDMV") received an application for a New York State driver's license ("Gillon License-1") in the name of Damien L. Gillon.  The New York State License System shows that the applicant provided the Gillon Birth Date, the Gillon SSN, and an address in Peekskill, New York (the "Peekskill Address") as FNU LNU's residence and mailing address.  The applicant provided the Gillon Birth Certificate and proof of address for the Peekskill Address in order to meet the New York State Department of Motor Vehicle's 6-point identification requirement.  New York State mailed Gillon License-1 to the Peekskill Address on or about November 9, 2016.

b.       On or about December 12, 2020, NYSDMV received an application for the renewal of Gillon License-1.  On or about December 12, 2020, NYSDMV mailed to the Peekskill Address the license in the name of Damien Lee Gillon with the Gillon DOB and the Peekskill Address ("Gillon License-2"), depicted below:

*Gillon License-2*

### The Fraudulent Gillon Passports

7.      Based on my conversations with other law enforcement officials, my examination of various reports and records, and my personal involvement in this investigation, I have learned the following.

a.      On or about December 30, 2020, FNU LNU, a/k/a "Damien Lee Gillon," executed a Form DS-11 application for a United States Passport (the "2020 Passport Application") in the name of Damien Lee Gillon. On the 2020 Passport Application, FNU LNU listed the Gillon Birth Date and the Gillon SSN and stated that he had been born in Columbus, Ohio. He also provided the Peekskill Address as his mailing address. In connection with the application, FNU LNU, provided a copy of the Gillon Birth Certificate, Gillon License-2, and the photo below (the "2020 Passport Photo"):



*2020 Passport Photo*

      b.      On or about February 5, 2021, the Department of State issued a United States Passport in the name of "Damien Lee Gillou," ("Fraudulent Passport-1"), and mailed it to the Peekskill address.

      c.      On or about February 16, 2021, FNU LNU, a/k/a "Damien Lee Gillon," applied for a corrected passport in the name of "Damien Lee Gillon" to correct the spelling mistake in Gillon's name (the "2021 Passport Application"). FNU LNU provided the same information as in the 2020 Passport application as well as a photocopy of Fraudulent Passport-1 and the Gillon Birth Certificate.

      d.      On or about March 4, 2021, the Department of State issued a United States Passport in the name of Damien Lee Gillon ("Fraudulent Passport-2"),and mailed it to the Peekskill Address.

### FNU LNU's Travel on Fraudulent Passport-2

      8.      Based on my conversations with other law enforcement officers and my review of various reports and records, I am aware of the following:

      a.      On or about August 7, 2021, FNU LNU, a/k/a "Damien Lee Gillon," traveled from JFK Airport in Queens, New York to Kingston, Jamaica using Fraudulent Passport-2. On or about August 17, 2021, FNU LNU, a/k/a "Damien Lee Gillon," traveled from Kingston, Jamaica to JFK Airport in Queens, New York using Fraudulent Passport-2. When FNU LNU arrived at JFK Airport, a United States Customs and Border Protection ("USCBP") Officer conducted a secondary inspection of FNU LNU, during which the USCBP Officer took the photograph of FNU LNU depicted below (the "2021 Secondary Inspection Photo"):



*2021 Secondary Inspection Photo*

b.      On or about August 9, 2024, (i.e., after the real Damien Gillon's death), an individual traveled from JFK Airport in Queens, New York to Cancun, Mexico using Fraudulent Passport-2. On or about August 13, 2024, FNU LNU traveled from Cancun, Mexico to JFK Airport in Queens, New York using Fraudulent Passport-2. A USCBP Officer conducted a secondary inspection, but did not take a photo of FNU LNU. Because FNU LNU was able to pass through secondary inspection, I believe that the person who traveled on this passport on August 13, 2024, was the same person who is depicted in the 2020 Passport Photo and the 2021 Secondary Inspection Photo, FNU LNU, a/k/a "Damien Lee Gillon," the defendant.

## FNU LNU's September 13, 2025 Arrest

9.      Based on my involvement in this investigation and my review of law enforcement reports, I am aware that on or about September 13, 2025, a New Windsor Police Department ("NWPD") Officer initiated a traffic stop in New Windsor, New York of a black Mitsubishi SUV driven by FNU LNU, a/k/a "Damien Lee Gillon," the defendant, for speeding. FNU LNU was unable to provide the NWPD Officer with his social security number. FNU LNU ultimately provided the NWPD Officer with Gillon License-2. At the time of the traffic stop, NWPD determined that CNPD had an arrest warrant for Damien Gillon related to an August 10, 2025 report of domestic violence, and that Gillon License-2 had been suspended on or about June 14, 2024 for failure to answer a summons in the City of Peekskill. The NWPD Officer placed FNU LNU under arrest.

10.     On or about September 13, 2025, FNU LNU, a/k/a "Damien Lee Gillon," the defendant, was transferred to the custody of CNPD on the outstanding arrest warrant. As part of the arrest, CNPD took FNU LNU's fingerprints and photograph (the "September 2025 Photo"), depicted below.



*September 2025 Photo*

WHEREFORE, I respectfully request that a warrant be issued for the arrest of FNU LNU, a/k/a "Damien Lee Gillon," the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Todd Parmelee by JCM with permission
_____
Todd Parmelee
Special Agent
Homeland Security Investigations

Sworn to me through the transmission of this Affidavit
by reliable electronic means, pursuant to Federal Rules
of Criminal Procedure 41(d)(3) and 4.1,
this 24 day of October, 2025

*Judith C. McCarthy*
_____
THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York

7